IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08 - CV - 02596 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2008

GREGORY C. LANGHAM
CLERK

DR. KAMAL K. K. ROY,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a confusing document that he apparently intends to be filed as a pleading in a new civil action. Plaintiff also has filed what appears to be a motion seeking leave to proceed *in forma pauperis*. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) xx is not on proper form (must use the court's current form)
(3) ___ is missing original signature by plaintiff/petitioner/applicant on motion
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete

(6) ___ is missing original signature by plaintiff/petitioner/applicant on affidavit
(7) ___ affidavit is not notarized or is not properly notarized
(8) ___ names in caption do not match names in caption of complaint, petition or application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other _____

**Complaint or Petition:**
(11) ___ is not submitted
(12) xx is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the plaintiff/petitioner/applicant
(14) ___ is incomplete
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that Plaintiff files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a

copy of this order, two copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of November, 2008.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 02596

Kamal Roy
PO Box 1173
14 Kiwasa Rd. Apt 5G
Saranac Lake, NY 12983-7173

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Complaint forms** to the above-named individuals on _12-1-08_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk